# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL SCHELLSCHMIDT,<br><br>    Defendant. | Case No. 2:20-mj-00987-VCF<br><br>**Order on Stipulation to Continue Preliminary Hearing and Deadline to Indict Defendant** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for December 1, 2020 at the hour of 4:00 p.m., be vacated and continued to 1/6/2021 at the hour of 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 1 day of December, 2020.

HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE